**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JONAS ROEL,**

      **Plaintiff,**

**v.**                                                                      **Case No.  8:04-cv-1887-T-30MAP**

**SOUTHERN FINANCIAL CORPORATION**
**d/b/a Florida's Lending Source,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*.  On September 2, 2005, Plaintiff filed a Motion for Summary Judgment (Dkt. 15-1).  Pursuant to Local Rule 3.01(b), Defendant's[1] response was due to be filed by September 15, 2005.  To date, no response has been filed.  It is therefore ORDERED AND ADJUDGED that Defendant has 15 days from the date of this Order in which to file a response to Plaintiff's Motion for Summary Judgment.  Defendant's failure to file said response will result in this Court ruling upon Plaintiff's Motion without the benefit of a response.

      **DONE** and **ORDERED** in Tampa, Florida on October 12, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

---

[1]This Court is aware that Defendant's previous counsel and registered agent withdrew from this case.  At that time, Defendant was instructed by this Court to file a Notice of Substitution of Counsel (Dkt. 9).  Despite Defendant's failure to adhere to this Court's January 18, 2005 Order, this Court takes note of Defendant's new registered agent, Tom McCall, and record address as detailed in Plaintiff's September 2, 2005 Notice of Service of Summary Judgment (Dkt. 16).